ANDREW H. KOPPEL, ESQUIRE
525 Amboy Avenue, 2nd Floor
Woodbridge, NJ 07095
(732) 855-1993
Attorney for Plaintiff



RECEIVED

02 2009

AT 8:30
WILLIAM T. WALSH, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD WALBORN,<br>Plaintiff<br>vs.<br>CHUN SZU and NATIONAL LIABILITY<br>& FIRE INSURANCE COMPANY,<br>Defendants | VICINAGE OF NEWARK<br><br>DOCKET NO. 2:08-cv-6178<br><br>**ORDER TO ADMIT ALBERT J. EVANS,<br>ESQUIRE PRO HAC VICE** |

**THIS MATTER** having been opened to the Court upon Motion of Plaintiff, Richard Walborn, by his local counsel, Andrew H. Koppel, Esquire for an Order admitting Albert J. Evans, Esquire pro hac vice to represent Plaintiff, Richard Walborn, in this matter, and the Court having considered the papers submitted in support of the Motion, and for good cause shown,

IT IS on this _2nd_ day of _April_, 2009;

**ORDERED** that Albert J. Evans, Esquire, be and hereby is admitted to practice before this Court pro hac vice on behalf of Plaintiff, Richard Walborn, in the above-captioned matter; and it is further

**ORDERED** that Albert J. Evans, Esquire shall abide by the New Jersey Court Rules including all disciplinary rules, Rule 1:20-1(b) and Rule 1:28-2; and it is further

**ORDERED** that Albert J. Evans, Esquire shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey including

the provisions of <u>D.N.J. Gen. R. 6, Judicial Ethics and Professional Responsibility</u>, and <u>D.N.J. Gen. R. 7, Discipline of Attorneys</u>; and it is further

**ORDERED** that Albert J. Evans, Esquire shall consent to the appointment of the Clerk of the United States District Court for the District of New Jersey as an agent upon whom service of process may be made for all actions against his firm that may arise out of his participation in this matter; and it is further

**ORDERED** that Albert J. Evans, Esquire shall notify the Court immediately of any matter affecting his standing at the bar of any other Court; and it is further

**ORDERED** that Albert J. Evans, Esquire shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in this State, who shall be held responsible for them, the conduct of the cause and the admitted attorney herein; and it is further

**ORDERED** that no delay in discovery, motions, trial, or any other proceeding shall occur or be requested by reason of the inability of Albert J. Evans, Esquire to be in attendance; and it is further

**ORDERED** that Albert J. Evans, Esquire must, within 10 days, pay the fees required by R. 1:20-1(b) and R. 1:28-2 and submit affidavits of compliance; and it is further

**ORDERED** that Albert J. Evans, Esquire must make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a). This payment shall be made for any year in which the admitted attorney continues to represent a client in a matter pending in this Court; and it is further

**ORDERED** that Albert J. Evans, Esquire shall make a payment of $150.00 on each admission payable to the Clerk, USDC; and it is further

**ORDERED** that automatic termination of Pro Hac Vice admission will occur for failure to make the required annual payment to the Ethics Financial Committee and the New Jersey Lawyer's Fund for Client Protection. Proof of such payment, after filing proof of the initial payment, shall be made no later than February of each year; and it is further

**ORDERED** that Albert J. Evans, Esquire shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey's Contingent Fee Rule, pursuant to New Jersey Rule of Court 1:21-7 as amended; and it is further

**ORDERED** that noncompliance with any of these requirements shall constitute grounds for removal; and it is further

**ORDERED** that a copy of this Order shall be served on all parties within seven (7) days.

_/s/ M. Shipp_

**Michael A. Shipp**
**United States Magistrate Judge**

[ ] opposed
[X] unopposed